UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PREN NOTHNAGEL,

        Petitioner,

  v.

COALINGA STATE HOSPITAL,

        Respondent.

Case No. 20-cv-02712-JST

**ORDER OF DISMISSAL**

On April 20, 2020, plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because he had not paid the filing fee or submitted a complete *in forma pauperis* application. ECF No. 3. Plaintiff was instructed to respond within twenty-eight days of the date of the order. ECF No. 3. The deadline has passed, and plaintiff has neither paid the filing fee nor submitted a completed *in forma pauperis* application, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain a complete *in forma pauperis* application, i.e., an application with the required certified copy of the plaintiff's inmate trust account statement for the last six months. The Clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: June 19, 2020

                                           JON S. TIGAR
                                       United States District Judge